# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| KABA SEKOU, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 4:17-cv-02121-LSC-JEO |
| SHERIFF TODD ENTREKIN,[1] | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

This is a habeas corpus action under 28 U.S.C. § 2241, filed by Petitioner Kaba Sekou, *pro se*. Petitioner challenges the legality of his continued detention by federal immigration authorities pending his removal from the United States under the Immigration and Nationality Act. (*See* Doc.1). Respondent has moved to dismiss the action as moot, on the ground that Petitioner has been removed from the United States. (Doc. 7).

Respondent supports the motion with the declaration of Supervisory Detention and Deportation Officer Bryan Pittman, who attests that the U.S. Immigration and Customs Enforcement ("ICE") removed Petitioner from the United States on April 19, 2018. (Doc. 7-1 at 1). Pittman attaches an EADM document from the official ICE database as proof thereof. (*Id.* at 2). As a result, Petitioner's habeas corpus claim for release under an order of supervision or for repatriation is moot because the court can no longer provide meaningful relief. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Respondent's motion is due to be granted and this action is due to be dismissed. A separate Final Order will be entered.

---

[1] Although Petitioner names the Department of Homeland Security as Respondent, the immediate custodian at the time the petition is filed is the proper defendant in a *habeas corpus* action filed pursuant to 28 U.S.C. § 2242. The Clerk is DIRECTED to change the style of the case to reflect that Entrekin is the sole respondent.

**DONE** AND **ORDERED** ON JUNE 14, 2018.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704